Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, and CHICAGO TITLE AGENCY OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-02068-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(FIRST REQUEST)** |

    COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Chicago Title Agency of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as



follows:

1. On November 10, 2020 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On November 10, 2020, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On December 2, 2020, U.S. Bank served its complaint on Chicago Agency, and subsequently served its complaint on FNTG and Chicago Title on December 3, 2020;

4. Chicago Agency's response to U.S. Bank's complaint is currently due on December 23, 2020, while Chicago Title and FNTG's respective responses to U.S. Bank's complaint are currently due on December 24, 2020;

5. Counsel for Defendants is requesting a roughly 30-day extension (31 days for Chicago Agency, and 30 days for Chicago Title and FNTG) until Saturday, January 23, 2020 for Defendants to file their respective responses to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

6. Counsel for U.S Bank does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including January 23, 2021.

Dated:  December 16, 2020            SINCLAIR BRAUN LLP


                                     By:  */s/-Kevin S. Sinclair*
                                          KEVIN S. SINCLAIR
                                          Attorneys for Defendants
                                          CHICAGO TITLE INSURANCE
                                          COMPANY, FIDELITY NATIONAL TITLE
                                          GROUP, INC., and CHICAGO TITLE
                                          AGENCY OF NEVADA, INC.

Dated:  December 16, 2020            WRIGHT FINLAY & ZAK, LLP


                                     By:  */s/-Darren T. Brenner*
                                          DARRENT T. BRENNER
                                          Attorneys for Plaintiff
                                          U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

   Dated this  16th  day of  December , 2020.

                                     _____
                                     CAM FERENBACH
                                     UNITED STATES MAGISTRATE JUDGE

